[This is an entirely new Rule.]

**Rule 1.40.**   *In Forma Pauperis*

Pa.R.C.P. No. 240 shall apply in every action or proceeding before a court covered by these Rules.

**Explanatory Comment:**  Under Pa.R.C.P. No. 240, a party who is found by the court to be without financial resources to pay the costs of filing a legal paper or other costs of an action or proceeding before the court shall have such costs waived. This Rule does not apply in matters before a Register of Wills.

**Rule 14.8.   Guardianship Reporting, Monitoring, Review, and Compliance**

   **(a)   Reporting.**   A guardian shall file the following reports with the clerk:

   (1)   An inventory by the guardian of the estate within 90 days of such guardian's appointment;

   (2)   An annual report by the guardian of the estate of an incapacitated person one year after appointment and annually thereafter;

   (3)   An annual report by the guardian of the person one year after appointment and annually thereafter;

   (4)   A final report by the guardian of the person and the guardian of the estate within 60 days of the death of the incapacitated person, an adjudication of capacity, a change of guardian, or the expiration of an order of limited duration; and

   (5)   A final report from the guardian of the person and the guardian of the estate upon receipt of the provisional order from another state's court accepting transfer of a guardianship.

   *Note:  See* **Pa.R.J.A. No. 510 governing the filing of inventories and annual reports online using the Guardianship Tracking System.**

   **(b)   Notice of Filing.**   If, pursuant to Rule 14.7(a)(1)(iv), the order appointing the guardian identifies the person or persons entitled to receive notice of the filing of any report set forth in paragraph (a), the guardian shall serve a notice of filing within ten days after filing a report using the form provided in the Appendix to these Rules. Service shall be in accordance with Rule 4.3.

***